[Civil No. 847.]

SALT RIVER VALLEY CANAL COMPANY, a Corporation, Appellant, v. HORACE G. VAN FOSSEN, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. Edward Kent, Judge.

C. F. Ainsworth, for Appellant.

E. W. Lewis, and J. H. Kibbey, for Appellee.

March 26, 1904.

SLOAN, J.—Upon the authority of the principles announced in the case of *Gould* v. *Maricopa Canal Co.* (decided at this term), 8 Ariz. 429, 76 Pac. 598, the judgment of the court below is affirmed.

DAVIS, J., and DOAN J. concur.

————

[Criminal No. 181.]

In the Matter of the Application of FRANCISCO MAPULA for Writ of Habeas Corpus.

ORIGINAL WRIT.

E. J. Edwards, for Petitioner.

Webster Street, on behalf of the Attorney-General, and C. L. Rawlins, District Attorney, for Territory.

May 7, 1904.   Petition denied.